JAP:AS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - -X

**15 M 1058**

UNITED STATES OF AMERICA

COMPLAINT

- against -

(21 U.S.C. §§ 952(a) and 960)

WARDES DESIREE GARCIA TABAR,

Defendant.

- - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

MARK COZINE, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

On or about November 6, 2015, within the Eastern District of New York and elsewhere, the defendant WARDES DESIREE GARCIA TABAR did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a) and 960)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.  On November 6, 2015, the defendant WARDES DESIREE GARCIA TABAR arrived at John F. Kennedy International Airport ("JFK") in Queens, New York,

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

aboard JetBlue flight number B6 836 from Santiago in the Dominican Republic. The defendant was in possession of several pieces of luggage.

2. Customs and Border Protection ("CBP") officers asked the defendant whether the bags and their contents were hers, and the defendant replied in the affirmative. The CBP officers then conducted an x-ray examination of the defendant's luggage as part of a routine border enforcement examination. A CBP officer reviewing the x-rays and observed an apparent anomaly inside a wooden mortar and pestle.

3. The defendant was escorted to a private search room along with her luggage. The mortar was probed and a white powdery substance was revealed, which field-tested positive for cocaine.

4. A total of approximately 1,731.9 grams of a substance containing cocaine was recovered from the defendant's luggage.

WHEREFORE, your deponent respectfully requests that the defendant WARDES DESIREE GARCIA TABAR be dealt with according to law.

MARK COZINE
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
6th day of November, 2015

THE HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK